## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CSI WORLDWIDE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-cv-05900 |
| | ) | |
| TRUMPF, INC., | ) | Plaintiff Demands Jury Trial |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

Plaintiff CSI Worldwide, LLC, ("CSI"), by its attorneys, Robbins, Salomon & Patt, Ltd.,

for its Complaint against Defendant Trumpf, Inc. ("Trumpf"), demands a jury trial and states and

alleges as follows:

## PARTIES

1.     CSI is a Delaware limited liability company that has two members. Those

members are residents of the states of Florida and South Carolina, respectively. CSI has an office

in Chicago, Illinois and its corporate headquarters in Glen Mills, Pennsylvania.

2.     Trumpf is the North American subsidiary of TRUMPF GmbH + Co. KG., which

is located in Stuttgart, Germany.  Trumpf is a Connecticut corporation with its principal place of

business in Farmington, Connecticut.

## JURISDICTION AND VENUE

3.     Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1332(a) because

the parties are citizens of different states and the amount in controversy exceeds $75,000.00,

exclusive of interest and costs.

4.     Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a

substantial part of the events or omissions giving rise to the claims alleged herein occurred in this

1

judicial district; to wit: the work performed by CSI for Trumpf's benefit, which forms the basis

for CSI's claims herein, was performed in this judicial district in Chicago, Illinois; and Trumpf

maintains an office in this judicial district to consult with and train its customers in the use of

Trumpf machinery and equipment.

## COMMON ALLEGATIONS

5.     CSI is in the business of providing labor for installing and dismantling exhibits

for companies that exhibit their products and services at trade shows.

6.     Trumpf is in the business of manufacturing machinery. Trumpf markets its

products at trade shows.

7.     On June 14, 2017, Trumpf held a meeting of representatives of Trumpf, CSI, and

Lynch Exhibits, Inc. ("Lynch") at Trumpf's offices in Connecticut for the purpose of discussing

Trumpf's desire to participate in the Fabtech 2017 trade show ("Fabtech trade show") at the

McCormick Place in Chicago.

8.     At the June 14, 2017 meeting, there was a discussion between the parties about

Lynch designing, engineering and building Trumpf's exhibit at the Fabtech trade show, and

about CSI providing the onsite labor to build and subsequently dismantle Trumpf's exhibit at the

Fabtech trade show. At the close of the Fabtech trade show in Chicago, Trumpf's exhibit was to

be dismantled, shipped and re-constructed at other trade shows in the United States.  The total

cost of designing, engineering, building, transporting, installing, and dismantling the Trumpf

exhibit for the Fabtech trade show in Chicago was in excess of $3 million.

9.     In July of 2017, Lynch informed CSI that Trumpf had hired Lynch to design and

create Trumpf's exhibit for the Fabtech trade show.  At that time, Lynch informed CSI that

Trumpf wanted CSI to provide the labor to install and then dismantle Trumpf's exhibit at the

Fabtech trade show in Chicago, Illinois.

10.     In accordance with the June discussions with Trumpf, and because Lynch had a reputation of having poor credit, CSI informed Lynch that CSI would only provide the labor for Trumpf for the Fabtech trade show as a "direct bill;" that is CSI would bill Trumpf directly and Trumpf would pay CSI directly.

11.     In response, Mark Marasco ("Marasco") of Lynch provided Kim Jenkins ("Jenkins") of CSI with "official notice" via email that CSI was the labor partner for Trumpf and that CSI was to invoice Trumpf directly for CSI's work at the Fabtech trade show.  See Email Correspondence from Marasco to Jenkins dated August 28, 2017, attached hereto as **Exhibit 1.**

12.     In September 2017, Bill Joyce ("Joyce") of CSI reiterated at meetings with Trumpf and the Freeman Company ("Freeman"), another direct bill provider of services for Trumpf's exhibit, that CSI was billing Trumpf directly for CSI's labor.  No Trumpf representative ever took issue with these representations.

13.     Thereafter, in September, October and into November of 2017, CSI provided labor for Trumpf's three booths that comprised Trumpf's exhibit at the Fabtech trade show that took place from November 6 – 9, 2017,  at the McCormick Place in Chicago.

14.     CSI was directly responsible to Trumpf for providing the labor for installing and dismantling Trumpf's exhibit. The reasonable value of the labor services provided by CSI to Trumpf at the Fabtech trade show in Chicago is $529,830.09.

15.     Following the Fabtech trade show, Lynch, on behalf of Trumpf, reviewed CSI and Freeman's bills to confirm their accuracy in light of the overage as compared to the original estimates and because Marasco of Lynch had monitored the work and charges of CSI and Freeman for Trumpf.

16. On December 6, 2017, CSI submitted its invoices directly to Trumpf for the work CSI performed for Trumpf at the Fabtech trade show in Chicago, Illinois. See Email Correspondence from Tom McLaughlin ("McLaughlin") of CSI to Maren Flemming ("Flemming") of Trumpf dated December 6, 2017, attached hereto as **Exhibit 2**.

17. By the same email, McLaughlin provided Trumpf a copy of the August 28, 2017 email from Lynch, whereby Lynch confirmed that CSI was the labor partner for the Trumpf exhibit and that CSI was to invoice Trumpf directly for CSI's work at the Fabtech trade show.

18. On December 21, 2017, McLaughlin again sent Trumpf the August 28, 2017 email, and again reminded Trumpf that Trumpf was to pay CSI directly for CSI's work at the Fabtech trade show.

19. Thereafter, on or about January 18, 2018, McLaughlin telephoned Buskey regarding the outstanding bills and again reminded Trumpf that CSI was to be paid by Trumpf directly for the labor CSI provided to Trumpf at the Fabtech trade show. During this telephone conversation, Buskey represented to McLaughlin that Trumpf was aware that CSI expected to be paid by Trumpf directly and indicated that Trumpf was working on a solution to provide CSI with compensation for the labor it provided Trumpf at the Fabtech trade show.

20. Lynch filed for bankruptcy in March of 2018.

21. To date, CSI has not received any compensation from Trumpf or any other source for the labor it provided Trumpf at the Fabtech trade show.

**COUNT I- PROMISSORY ESTOPPEL**

1-21. CSI incorporates by reference paragraphs 1 through 21 above as paragraphs 1-21 of this Count I, as if fully set forth herein.

22. During the June 14, 2017 meeting, Buskey, on behalf of Trumpf, stated that

Lynch would not be billing Trumpf for services and represented that Trumpf was going to be directly responsible for paying for services, including those provided by CSI at the Fabtech trade show.

23.     In the trade show industry, labor is commonly and regularly considered a service.

24.     In reliance on Trumpf's representation that it was going to be directly responsible for the payment of CSI's services at the Fabtech trade show, CSI provided labor for Trumpf's exhibits at the Fabtech trade show in Chicago, Illinois.

25.     CSI's reliance on Trumpf's representation that it was going to pay CSI directly for CSI's labor services was reasonable, and CSI's reliance was foreseeable by Trumpf, as representatives of CSI, Lynch and Trumpf, were present at the June 14, 2017 meeting.

26.     Similarly, Freeman, a company that provided Trumpf with labor services, including electrical, plumbing, gas, and rigging, expected to be and was paid for their services by Trumpf directly; and Lynch used a Trumpf credit card to pay for small services provided at the Fabtech trade show.

27.      CSI reasonably relied on Trumpf's representations to its detriment, as CSI has not been paid for the labor it provided Trumpf at the Fabtech trade show in Chicago, Illinois.

WHEREFORE, Plaintiff CSI Worldwide, LLC, prays that judgment be entered in its favor and against Defendant Trumpf Inc., for the sum of $529,830.09, plus costs, and such other and further relief as this Court deems reasonable and just.

### COUNT II- PAYMENT OVER NOTICE OF ASSIGNMENT
#### (*Pleading in the Alternative*)

1-21.     CSI incorporates by reference paragraphs 1 through 21 above as paragraphs 1-21 of this Count II, as if fully set forth herein.

22.     On or before August 28, 2017, Lynch assigned its rights, to payment for labor

provided by CSI to Trumpf in connection with the Fabtech trade show to CSI in consideration for CSI's agreement to provide labor for Trumpf at the Fabtech trade show in Chicago, Illinois.

23.     By the assignment, CSI assumed the right to receive payments from Trumpf for the labor CSI provided at the Fabtech trade show in Chicago, Illinois.

24.     On or before December 6, 2017, Trumpf had notice of the assignment, whereby CSI assumed the right to be paid by Trumpf for the labor CSI provided at the Fabtech trade show.

25.     On December 6, 2017, CSI sent an authenticated notice of assignment ("NOA") to Trumpf via email to Buskey, the duly authorized representative of Trumpf, informing Trumpf of the rights assigned under the assignment, including, *inter alia*, that payments for labor provided by CSI in connection with the Fabtech trade show must be made only to CSI as assignee.  A copy of the NOA is attached hereto as Exhibit 2.

26.     On December 6, 2017, CSI sent invoice number 171591 in the amount of $509,960.09 to Trumpf with respect to the services CSI provided at the Fabtech trade show in Chicago, Illinois.  A copy of Invoice number 171591 is attached hereto as **Exhibit 3**.

27.     Invoice number 171591 is directed to and instructs Trumpf to remit payment for CSI's labor directly to CSI at 40 Regency Plaza, Glen Mills, PA 19342.

28.     On December 6, 2017, CSI sent invoice number 171582 in the amount of $5,010.00 to Trumpf with respect to the services CSI provided at the Fabtech trade show in Chicago, Illinois.  A copy of Invoice number 171582 is attached hereto as **Exhibit 4**.

29.     Invoice number 171582 is directed to and instructs Trumpf to remit payment for CSI's labor directly to CSI at 40 Regency Plaza, Glen Mills, PA 19342.

30.     On December 6, 2017, CSI sent invoice number 171581 in the amount of

$14,860.00 to Trumpf with respect to the services CSI provided at the Fabtech trade show, in Chicago, Illinois.  A copy of Invoice number 171581 is attached hereto as **Exhibit 5**.

31.     Invoice number 171581 is directed to and instructs Trumpf to remit payment for CSI's labor directly to CSI at 40 Regency Plaza, Glen Mills, PA 19342.

32.     The NOA reasonably informed Trumpf of the assignment to CSI and the rights assigned therein.

33.     The NOA included invoices and demands that payments for CSI labor in connection with the Fabtech trade show be made and remitted only to CSI.

34.     Upon receipt of the NOA, Trumpf may only discharge its obligation to pay for CSI's labor at the Fabtech trade show by paying CSI.

35.     After receiving the NOA, Trumpf may not discharge its obligation to pay for the labor CSI provided to Trumpf at the Fabtech trade show by paying Lynch or any other entity.

36.     At no point did Trumpf contest the NOA or demand additional proof of the assignment, nor did Trumpf ever object to the amount of the bills.

37.     Trumpf knew of CSI's rights as assignee resulting from the assignment because of the NOA, the invoices attached, and the various representations made by CSI, Lynch and Trumpf representatives throughout the time period alleged herein.

38.     Trumpf owed a legal duty to remit payments to CSI as assignee in accordance with the NOA and invoices attached.

39.     Despite knowing of CSI's right to receive payment for its labor at the Fabtech trade show, Trumpf failed to remit payment to CSI.

40.     CSI did not consent to Trumpf remitting payment for CSI's labor services to Lynch or any other entity, or otherwise waive their rights or remedies under applicable law.

WHEREFORE, Plaintiff CSI Worldwide, LLC, prays that judgment be entered in its favor and against Defendant Trumpf Inc., for the sum of $529,830.09, plus costs, and such other and further relief as this Court deems reasonable and just.

## COUNT III- UNJUST ENRICHMENT
### (*Pleading in the Alternative*)

1-21.    CSI incorporates by reference paragraphs 1 through 21 above as paragraphs 1-21 of this Count III, as if fully set forth herein.

22.    CSI furnished labor at the request of Trumpf for Trumpf's exhibit at the Fabtech trade show in Chicago, Illinois.

23.    The labor furnished by CSI was accepted by Trumpf and provided Trumpf with a benefit.

24.    The reasonable value of the labor furnished by CSI for the benefit of Trumpf is $529,830.09.

25.    CSI made numerous demands on Trumpf to pay CSI for the labor CSI provided at the Fabtech trade show.

26.    Trumpf failed to pay CSI for the labor it provided at the Fabtech trade show.

27.    Plaintiff did not furnish labor to Trumpf gratuitously; rather CSI fully expected to receive payment from Trumpf for the value of the labor provided.

28.    Trumpf accepted the labor and was aware of CSI's performance and that such performance was not gratuitous.

29.    As a direct and proximate result of the foregoing, CSI has suffered a loss in the amount of $529,830.09.

30.    Trumpf's retention of the benefit CSI provided, without remitting payment to CSI, violates the fundamental principles of justice, equity and good conscience.

WHEREFORE, Plaintiff, CSI Worldwide, LLC prays that judgment be entered in its favor against Defendant Trumpf Inc., for the sum of $529,830.09, plus costs, and such other and further relief as this Court deems reasonable and just.

## COUNT IV- BREACH OF CONTRACT (AGENCY)
### (*Pleading in the Alternative*)

1-21.    CSI incorporates by reference paragraphs 1 through 21 above as paragraphs 1-21 of this Count IV, as if fully set forth herein.

22.    During the June 14, 2017 meeting, Buskey, on behalf of Trumpf, stated that Lynch would not be billing Trumpf for services and represented that Trumpf was going to be directly responsible for paying for services provided at the Fabtech trade show.

23.    Thereafter, Lynch confirmed to CSI that Trumpf was going to be paying for CSI's labor directly and notified CSI that as part of Lynch's contract with Trumpf, CSI was to invoice Trumpf directly for the labor it provided at the Fabtech trade show.

24.    Trumpf provided Lynch with Trumpf's credit card information and Lynch used Trumpf's credit card to pay for small services provided at the Fabtech trade show.

25.    Trumpf held Lynch out as its agent with the authority to bind Trumpf to contracts and perform certain tasks on behalf of Trumpf in regard to the Fabtech trade show in Chicago, Illinois.

26.    Based upon Trumpf's and Lynch's representations and actions, CSI reasonably concluded that Lynch was acting as Trumpf's agent for purposes of hiring CSI to provide labor services at the Fabtech trade show for Trumpf.

27.    In addition, based upon Trumpf and Lynch's representations and actions, CSI provided labor for the Trumpf exhibits at the Fabtech trade show.

28.    CSI relied on Lynch's apparent authority to hire CSI for services on behalf of

Trumpf to its detriment, as CSI has not been paid by Trumpf for the labor it provided to Trumpf at the Fabtech trade show.

WHEREFORE, Plaintiff, CSI Worldwide, LLC prays that judgment be entered in its favor against Defendant Trumpf Inc., for the sum of $529,830.09, and such other and further relief as this Court deems reasonable and just.

Respectfully submitted,

CSI WORLDWIDE, LLC,

By: /s/ Robert McKenna Winter
    One of Their Attorneys

Robert M. Winter (ARDC #3122228)
Christine R. Walsh (ARDC #6319177)
ROBBINS, SALOMON & PATT, LTD.
Attorneys for Plaintiffs
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000
Fax (312) 782-6690
rwinter@rsplaw.com
cwalsh@rsplaw.com

15H467802

# EXHIBIT 1

Dear Mark – I wanted to check back in with you regarding the actual billing contact for Trumpf. I would be happy to contact Maren Fleming regarding this if you would like.
Thank you,
Kim

Kim Jenkins
CSI Worldwide
Phone: 779-220-9047
Fax: 779-220-9049
kim.jenkins@csiworldwide.net


**From:** Mark Marasco [mailto:mmarasco@lynchexhibits.com]
**Sent:** Monday, August 28, 2017 5:05 PM
**To:** Kim Jenkins <kim.jenkins@csiworldwide.net>
**Cc:** Dave Centrowitz <Dave.Centrowitz@csiworldwide.net>; Bill Joyce <Bill.Joyce@csiworldwide.net>; proberts@lynchexhibits.com
**Subject:** Trumpf Inc. - Fabtech 2017

Good afternoon Kim,

Please consider this e-mail as official notice that CSI will be our Labor partner for our Trumpf Inc. client in regards to Fabtech 2017 (directly) and all projects Trumpf (in general).

As part of our contract with Trumpf – CSI will be invoicing Trumpf directly. I will have to confirm who the actual billing contact will be – I believe that it will be procurement directly in the meantime please use my primary contact for your files:

    Maren Fleming
    Marketing Manager
    Phone: +1 860 255-6024,
    Fax: +1 860 255-6420,
    maren.fleming@us.trumpf.com
    TRUMPF Inc.,
    3 Johnson Ave,
    Farmington, CT 06032, USA, www.us.trumpf.com

Show information is as follows – more detailed information to come:
    Fabtech 2017
    November 6-9, 2017
    McCormick Place
    Chicago, IL USA
    Installation (Labor) for Trumpf / Fabtech will start on October 27th (Preliminary)

Booth Information – there are three (3) exhibits total:
    Booth # 1 – Main Exhibit (please reference MAIN exhibit)
    Booth # A2601
    South Hall "A"
    110' x 160'

Booth # 2 – TruLaser Tube booth (please reference TUBE exhibit)
Booth # B11013
Hall B – North Building
30' x 55' Exhibit

Booth # 3 – Additive booth (please reference ADDITIVE exhibit)
Booth # D201 (tbd)
Lakeside Center East Bldg
30' x 40'

Exact labor requirements needed for each booth TBD
Please let me now if you have problems or questions.
Thank you Kim
Mark

**Mark Marasco**
*Director Of Strategic Accounts*

**Lynch Exhibits**
(In Ariba as Dublin Management)
7 Campus Drive
Burlington, NJ 08016
**Cell:**   609.929.7098
**Main:**  800.343.1666
**Fax:**   609.239.1666

mmarasco@lynchexhibits.com
http://www.lynchexhibits.com

**Lynch Exhibits**
(In Ariba as Dublin Management)

This electronic communication and any attached file or item sent with it is non-public information and may contain privileged, confidential, and proprietary information intended only for each addressee. The unauthorized interception, reading, use, disclosure, copying, retention, or alteration of all or any part of this transmittal is unlawful under the Electronic Communications Privacy Act and may be unlawful under other federal, state, and international law. If you have received this in error, please promptly delete it from your system without making a soft or hard copy. Thank you.

# EXHIBIT 2

**Tom McLaughlin**

| | |
|---|---|
| **From:** | Tom McLaughlin |
| **Sent:** | Wednesday, December 06, 2017 4:24 PM |
| **To:** | maren.fleming@us.trumpf.com |
| **Cc:** | Dave Centrowitz; Bill Joyce; tom@csiworldwide.net |
| **Subject:** | FW: Trumpf Inc. - Fabtech 2017 |
| **Attachments:** | Customer Invoice - Trumpf Inc Main Booth WO-008290 (3).pdf; Customer Invoice - Trumpf Tube Exhibit - WO-008291.pdf; Invoice - Trumpf Additive Exhibit B103 - WO-008292.pdf |

Good Afternoon Maren,

Attached are the labor invoices for the three Trumpf exhibits at Fabtech 2017.
They have all been reviewed and approved for payment by Mark Marasco.

As noted below we had agreed with Lynch to provide our services to Trumpf based upon CSI Worldwide billing Trumpf directly.

It is our understanding from Mark Marasco, that Lynch Exhibits is no longer in business and has been acquired by another exhibit company.
As we are not partners with that company, it is even more critical that we bill Trumpf directly as per our agreement.

It would be greatly appreciated if you could confirm receipt of the attached invoices.

Thank you in advance.

Best Regards,

**Dave Centrowitz CEO**
**CSI WORLDWIDE**
40 Regency Plaza, Glen Mills, PA. 19342 | **Website:**www.csiworldwide.net
**Direct:** (800) 523-7118 | **Cell:** (407) 448-9959 | **Fax:** (727) 867-8027 | Dave@csiworldwide.net

---

**From:** Mark Marasco <mmarasco@lynchexhibits.com>
**Date:** Monday, August 28, 2017 5:04 PM
**To:** Kim Jenkins <kim.jenkins@csiworldwide.net>
**Cc:** Dave Centrowitz <dave.centrowitz@csiworldwide.net>, Bill Joyce <Bill.Joyce@csiworldwide.net>, "proberts@lynchexhibits.com" <proberts@lynchexhibits.com>
**Subject:** Trumpf Inc. - Fabtech 2017

Good afternoon Kim,

Please consider this e-mail as official notice that CSI will be our Labor partner for our Trumpf Inc. client in regards to Fabtech 2017 (directly) and all projects Trumpf (in general).

As part of our contract with Trumpf – CSI will be invoicing Trumpf directly. I will have to confirm who the actual billing contact will be – I believe that it will be procurement directly in the meantime please use my primary contact for your files:

Maren Fleming
Marketing Manager
Phone: +1 860 255-6024,
Fax: +1 860 255-6420,
maren.fleming@us.trumpf.com
TRUMPF Inc.,
3 Johnson Ave,
Farmington, CT 06032, USA, www.us.trumpf.com

Show information is as follows – more detailed information to come:

Fabtech 2017
November 6-9, 2017
McCormick Place
Chicago, IL USA
Installation (Labor) for Trumpf / Fabtech will start on October 27th (Preliminary)

Booth Information – there are three (3) exhibits total:

Booth # 1 – Main Exhibit (please reference MAIN exhibit)
Booth # A2601
South Hall "A"
110' x 160'

Booth # 2 – TruLaser Tube booth (please reference TUBE exhibit)
Booth # B11013
Hall B – North Building
30' x 55' Exhibit

Booth # 3 – Additive booth (please reference ADDITIVE exhibit)
Booth # D201 (tbd)
Lakeside Center East Bldg
30' x 40'

Exact labor requirements needed for each booth TBD
Please let me now if you have problems or questions.
Thank you Kim
Mark
**Mark Marasco**
*Director Of Strategic Accounts*

**Lynch Exhibits**
(In Ariba as Dublin Management)
7 Campus Drive
Burlington, NJ 08016
**Cell:** 609.929.7098
**Main:** 800.343.1666
**Fax:** 609.239.1666

mmarasco@lynchexhibits.com
http://www.lynchexhibits.com

**Lynch Exhibits**
(In Ariba as Dublin Management)

This electronic communication and any attached file or item sent with it is non-public information and may contain privileged, confidential, and proprietary information intended only for each addressee. The unauthorized interception, reading, use, disclosure, copying, retention, or alteration of all or any part of this transmittal is unlawful under the Electronic Communications Privacy Act and may be unlawful under other federal, state, and international law. If you have received this in error, please promptly delete it from your system without making a soft or hard copy. Thank you.



C O M P L E T E   T R A D E   S H O W   S E R V I C E S

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
www.csiworldwide.net

## Customer Invoice

**Bill To: TRUMPF Inc.**
**Attn:** **Maren Fleming**
3 Johnson Ave.
Farmington, CT 06032

**Invoice #:** 171591
**Date:** November 28, 2017
**Customer P.O. #:**
**Terms:** Net 30 Days
**Invoice Total:** **$509,960.09**

**Client: TRUMPF Inc.**
**Work Order #:** WO-008290
**Labor Rates (by Class / per hour):**
Carpenter    ST: $125.00    OT: $180.00    DT: $210.00
Runner    ST: $125.00    OT: $180.00    DT: $0.00

**Show:** FABTECH INTL 2017
**Show Dates:** 11/06/17 - 11/09/17
**Location:** McCormick Place
**Booth #:** MAIN Exhibit - A2601

### Service Fees (Installation, Maintenance and Dismantle)

### Installation Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|---------|---------|---------|------|
| 10/10/17 | Carpenter | 16.0 | 0.0 | 0.0 | $2,000.00 |
| 10/11/17 | Carpenter | 16.0 | 0.0 | 0.0 | $2,000.00 |
| 10/12/17 | Carpenter | 16.0 | 0.0 | 0.0 | $2,000.00 |
| 10/24/17 | Carpenter | 16.0 | 2.0 | 0.0 | $2,360.00 |
| 10/25/17 | Carpenter | 16.0 | 5.0 | 0.0 | $2,900.00 |
| 10/26/17 | Carpenter | 8.0 | 0.0 | 0.0 | $1,000.00 |
| 10/26/17 | Runner | 2.0 | 0.0 | 0.0 | $250.00 |
| 10/27/17 | Carpenter | 24.0 | 4.0 | 0.0 | $3,720.00 |
| 10/28/17 | Carpenter | 0.0 | 86.0 | 18.0 | $19,260.00 |
| 10/28/17 | Runner | 0.0 | 1.5 | 0.0 | $270.00 |
| 10/30/17 | Carpenter | 96.0 | 52.0 | 0.0 | $21,360.00 |
| 10/31/17 | Carpenter | 96.0 | 56.0 | 0.0 | $22,080.00 |
| 10/31/17 | Runner | 8.0 | 0.0 | 0.0 | $1,000.00 |
| 11/01/17 | Carpenter | 120.0 | 72.0 | 5.0 | $29,010.00 |
| 11/01/17 | Runner | 2.0 | 0.0 | 0.0 | $250.00 |
| 11/02/17 | Carpenter | 132.0 | 76.0 | 69.0 | $44,670.00 |
| 11/02/17 | Runner | 2.0 | 0.0 | 0.0 | $250.00 |
| 11/03/17 | Carpenter | 143.0 | 80.0 | 119.5 | $57,370.00 |
| 11/04/17 | Carpenter | 0.0 | 188.0 | 144.5 | $64,185.00 |
| 11/05/17 | Carpenter | 0.0 | 0.0 | 296.0 | $62,160.00 |
| 11/06/17 | Carpenter | 50.5 | 2.0 | 0.0 | $6,672.50 |
| 11/15/17 | Carpenter | 8.0 | 4.0 | 0.0 | $1,720.00 |
| **Totals** | | **771.5** | **628.5** | **652.0** | **$346,487.50** |



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
**www.csiworldwide.net**

## Maintenance Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|---------:|---------:|---------:|-----:|
| 11/07/17 | Carpenter | 24.0 | 9.5 | 17.5 | $8,385.00 |
| 11/08/17 | Carpenter | 8.0 | 2.0 | 0.0 | $1,360.00 |
| 11/09/17 | Carpenter | 22.0 | 0.0 | 0.0 | $2,750.00 |
| **Totals** | | **54.0** | **11.5** | **17.5** | **$12,495.00** |

## Dismantle Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|---------:|---------:|---------:|-----:|
| 11/09/17 | Carpenter | 71.0 | 52.5 | 8.0 | $20,005.00 |
| 11/10/17 | Carpenter | 120.0 | 12.0 | 221.5 | $63,675.00 |
| 11/11/17 | Carpenter | 0.0 | 154.0 | 0.0 | $27,720.00 |
| 11/12/17 | Carpenter | 0.0 | 0.0 | 52.0 | $10,920.00 |
| 11/13/17 | Carpenter | 14.0 | 0.0 | 0.0 | $1,750.00 |
| 11/20/17 | Carpenter | 0.0 | 0.0 | 6.0 | $1,260.00 |
| **Totals** | | **201.0** | **218.5** | **279.5** | **$125,330.00** |

## Stock Item Costs

| Stock Item | Qty | Price | Taxable |
|------------|-----|-------|---------|
| Shrink Wrap - (Per Roll) | 19.00 | $1,254.00 | ☐ |
| Banding (Per Roll) | 14.00 | $3,150.00 | ☐ |
| Top Tape (Per Roll) | 6.00 | $120.00 | ☐ |
| Foam Wrap (Per Roll) | 2.00 | $650.00 | ☐ |
| Packing Tape (Per Roll) | 12.00 | $240.00 | ☐ |
| | Total | $5,414.00 | |

## Other Item Costs

| Other Item | Qty | Price | Taxable |
|------------|-----|-------|---------|
| Travel Component for Booth Preview | 1.0 | $2,000.00 | ☐ |
| Bags of Ice | 1.0 | $16.88 | ☐ |
| Coffee and Donuts | 1.0 | $403.65 | ☐ |
| Blue Prints (Copies) | 1.0 | $59.83 | ☐ |
| Pickup and Deliver Plywood 2x4's to Complete Floors | 1.0 | $2,447.93 | ☐ |
| Miscellaneous Hardware | 1.0 | $1,035.57 | ☐ |
| Lumber | 1.0 | $1,890.00 | ☐ |
| Clamps/Trim | 1.0 | $259.20 | ☐ |
| Miscellaneous Supplies | 1.0 | $148.50 | ☐ |
| Aluminum Chanel | 1.0 | $573.75 | ☐ |
| Cleaning Equipment/Supplies for Exhibit | 1.0 | $189.00 | ☐ |
| Threaded Rods/Nuts/Carpet Trim and Trim | 1.0 | $151.20 | ☐ |
| 12-Shelf Units | 1.0 | $533.25 | ☐ |
| Saw Blades/Brush Set/White Paint and Foam Brush | 1.0 | $122.85 | ☐ |
| Dry Wall Screws 3/4" and other Various Screws | 1.0 | $86.40 | ☐ |
| Exacto Knife and Blades | 1.0 | $29.70 | ☐ |



C O M P L E T E   T R A D E   S H O W   S E R V I C E S

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
**www.csiworldwide.net**

| | | | |
|---|---|---|---|
| Glass Coffee Pot | 1.0 | $35.10 | ☐ |
| Trash Can, Dishes, Glue, Napkins | 1.0 | $168.75 | ☐ |
| Cookies and Refreshments, Mints and Creamer | 1.0 | $288.90 | ☐ |
| Refreshment Supplies | 1.0 | $403.34 | ☐ |
| Bottled Water | 1.0 | $245.70 | ☐ |
| Hand Cleaner | 1.0 | $97.20 | ☐ |
| Catering List for Booth – Soda, Water, Coffee, Tea, Snacks, Etc. Includes Ordering, Receiving, Transporting to Showsite | 1.0 | $7,838.98 | ☐ |
| Dinners and Refreshments | 1.0 | $937.91 | ☐ |
| 15-Heavy Duty Dollies (Rental) | 1.0 | $270.00 | ☐ |
| | **Total** | **$20,233.59** | |

### Summary

| | |
|---|---|
| Installation Fees | $346,487.50 |
| Maintenance Fees | $12,495.00 |
| Dismantle Fees | $125,330.00 |
| Stock Items | $5,414.00 |
| Other Items | $20,233.59 |
| **Invoice Subtotal** | **$509,960.09** |

| | |
|---|---|
| Subtotal: | $509,960.09 |
| Prepayment: | $0.00 |
| Sales Tax Amount: [Sales Tax Rate (%), if applicable: .000]: | $0.00 |
| **Invoice Total:** | **$509,960.09** |

*Make Check Payable to CSI Worldwide*
*Thank You For The Opportunity To Be Of Service!*



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
www.csiworldwide.net

## Customer Invoice

**Bill To: TRUMPF Inc.**
**Attn: Maren Fleming**
3 Johnson Ave.
Farmington, CT 06032

**Invoice #:** 171582
**Date:** November 21, 2017
**Customer P.O. #:**
**Terms:** Net 30 Days
**Invoice Total:** $5,010.00

**Client: TRUMPF Inc.**
**Work Order #:** WO-008291
**Labor Rates (by Class / per hour):**
Carpenter    ST: $125.00    OT: $180.00    DT: $210.00

**Show:** FABTECH INTL 2017
**Show Dates:** 11/06/17 - 11/09/17
**Location:** McCormick Place
**Booth #:** TUBE Exhibit-B11013

### Service Fees (Installation, Maintenance and Dismantle)

**Installation Details**

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/05/17 | Carpenter | 0.0 | 0.0 | 17.0 | $3,570.00 |
| **Totals** | | **0.0** | **0.0** | **17.0** | **$3,570.00** |

**Dismantle Details**

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/11/17 | Carpenter | 0.0 | 8.0 | 0.0 | $1,440.00 |
| **Totals** | | **0.0** | **8.0** | **0.0** | **$1,440.00** |

### Summary

| | |
|---|---|
| Installation Fees | $3,570.00 |
| Dismantle Fees | $1,440.00 |
| **Invoice Subtotal** | **$5,010.00** |

| | |
|---|---|
| Subtotal: | $5,010.00 |
| Prepayment: | $0.00 |
| Sales Tax Amount: [Sales Tax Rate (%), if applicable: .000]: | $0.00 |
| **Invoice Total:** | **$5,010.00** |

*Make Check Payable to CSI Worldwide*
*Thank You For The Opportunity To Be Of Service!*



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
www.csiworldwide.net

## Customer Invoice

**Bill To:** TRUMPF Inc.
**Attn:** Maren Fleming
3 Johnson Ave.
Farmington, CT 06032

**Invoice #:** 171581
**Date:** November 21, 2017
**Customer P.O. #:**
**Terms:** Net 30 Days
**Invoice Total: $14,860.00**

**Client:** TRUMPF Inc.
**Work Order #:** WO-008292
**Labor Rates (by Class / per hour):**
Carpenter    **ST:** $125.00    **OT:** $180.00    **DT:** $210.00

**Show:** FABTECH INTL 2017
**Show Dates:** 11/06/17 - 11/09/17
**Location:** McCormick Place
**Booth #:** ADDITIVE Exhibit -B103

### Service Fees (Installation, Maintenance and Dismantle)

**Installation Details**

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/04/17 | Carpenter | 0.0 | 19.5 | 13.0 | $6,240.00 |
| 11/05/17 | Carpenter | 0.0 | 0.0 | 28.5 | $5,985.00 |
| Totals | | 0.0 | 19.5 | 41.5 | $12,225.00 |

**Dismantle Details**

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/09/17 | Carpenter | 11.0 | 7.0 | 0.0 | $2,635.00 |
| Totals | | 11.0 | 7.0 | 0.0 | $2,635.00 |

**Summary**

| | |
|---|---|
| Installation Fees | $12,225.00 |
| Dismantle Fees | $2,635.00 |
| **Invoice Subtotal** | **$14,860.00** |

| | |
|---|---|
| Subtotal: | $14,860.00 |
| Prepayment: | $0.00 |
| Sales Tax Amount: [Sales Tax Rate (%), if applicable: .000]: | $0.00 |
| **Invoice Total:** | **$14,860.00** |

*Make Check Payable to CSI Worldwide*
*Thank You For The Opportunity To Be Of Service!*

# EXHIBIT 3



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
www.csiworldwide.net

# Customer Invoice

**Bill To:** TRUMPF Inc.
**Attn:** Maren Fleming
3 Johnson Ave.
Farmington, CT 06032

**Invoice #:** 171591
**Date:** November 28, 2017
**Customer P.O. #:**
**Terms:** Net 30 Days
**Invoice Total:** **$509,960.09**

**Client:** TRUMPF Inc.
**Work Order #:** WO-008290
**Labor Rates (by Class / per hour):**
  Carpenter  ST: $125.00  OT: $180.00  DT: $210.00
  Runner     ST: $125.00  OT: $180.00  DT: $0.00

**Show:** FABTECH INTL 2017
**Show Dates:** 11/06/17 - 11/09/17
**Location:** McCormick Place
**Booth #:** MAIN Exhibit - A2601

## Service Fees (Installation, Maintenance and Dismantle)

### Installation Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|---------:|---------:|---------:|-----:|
| 10/10/17 | Carpenter | 16.0 | 0.0 | 0.0 | $2,000.00 |
| 10/11/17 | Carpenter | 16.0 | 0.0 | 0.0 | $2,000.00 |
| 10/12/17 | Carpenter | 16.0 | 0.0 | 0.0 | $2,000.00 |
| 10/24/17 | Carpenter | 16.0 | 2.0 | 0.0 | $2,360.00 |
| 10/25/17 | Carpenter | 16.0 | 5.0 | 0.0 | $2,900.00 |
| 10/26/17 | Carpenter | 8.0 | 0.0 | 0.0 | $1,000.00 |
| 10/26/17 | Runner | 2.0 | 0.0 | 0.0 | $250.00 |
| 10/27/17 | Carpenter | 24.0 | 4.0 | 0.0 | $3,720.00 |
| 10/28/17 | Carpenter | 0.0 | 86.0 | 18.0 | $19,260.00 |
| 10/28/17 | Runner | 0.0 | 1.5 | 0.0 | $270.00 |
| 10/30/17 | Carpenter | 96.0 | 52.0 | 0.0 | $21,360.00 |
| 10/31/17 | Carpenter | 96.0 | 56.0 | 0.0 | $22,080.00 |
| 10/31/17 | Runner | 8.0 | 0.0 | 0.0 | $1,000.00 |
| 11/01/17 | Carpenter | 120.0 | 72.0 | 5.0 | $29,010.00 |
| 11/01/17 | Runner | 2.0 | 0.0 | 0.0 | $250.00 |
| 11/02/17 | Carpenter | 132.0 | 76.0 | 69.0 | $44,670.00 |
| 11/02/17 | Runner | 2.0 | 0.0 | 0.0 | $250.00 |
| 11/03/17 | Carpenter | 143.0 | 80.0 | 119.5 | $57,370.00 |
| 11/04/17 | Carpenter | 0.0 | 188.0 | 144.5 | $64,185.00 |
| 11/05/17 | Carpenter | 0.0 | 0.0 | 296.0 | $62,160.00 |
| 11/06/17 | Carpenter | 50.5 | 2.0 | 0.0 | $6,672.50 |
| 11/15/17 | Carpenter | 8.0 | 4.0 | 0.0 | $1,720.00 |
| **Totals** | | **771.5** | **628.5** | **652.0** | **$346,487.50** |



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
www.csiworldwide.net

## Maintenance Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/07/17 | Carpenter | 24.0 | 9.5 | 17.5 | $8,385.00 |
| 11/08/17 | Carpenter | 8.0 | 2.0 | 0.0 | $1,360.00 |
| 11/09/17 | Carpenter | 22.0 | 0.0 | 0.0 | $2,750.00 |
| Totals | | 54.0 | 11.5 | 17.5 | $12,495.00 |

## Dismantle Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/09/17 | Carpenter | 71.0 | 52.5 | 8.0 | $20,005.00 |
| 11/10/17 | Carpenter | 120.0 | 12.0 | 221.5 | $63,675.00 |
| 11/11/17 | Carpenter | 0.0 | 154.0 | 0.0 | $27,720.00 |
| 11/12/17 | Carpenter | 0.0 | 0.0 | 52.0 | $10,920.00 |
| 11/13/17 | Carpenter | 14.0 | 0.0 | 0.0 | $1,750.00 |
| 11/20/17 | Carpenter | 0.0 | 0.0 | 6.0 | $1,260.00 |
| Totals | | 201.0 | 218.5 | 279.5 | $125,330.00 |

## Stock Item Costs

| Stock Item | Qty | Price | Taxable |
|------------|-----|-------|---------|
| Shrink Wrap - (Per Roll) | 19.00 | $1,254.00 | ☐ |
| Banding (Per Roll) | 14.00 | $3,150.00 | ☐ |
| Top Tape (Per Roll) | 6.00 | $120.00 | ☐ |
| Foam Wrap (Per Roll) | 2.00 | $650.00 | ☐ |
| Packing Tape (Per Roll) | 12.00 | $240.00 | ☐ |
| | Total | $5,414.00 | |

## Other Item Costs

| Other Item | Qty | Price | Taxable |
|------------|-----|-------|---------|
| Travel Component for Booth Preview | 1.0 | $2,000.00 | ☐ |
| Bags of Ice | 1.0 | $16.88 | ☐ |
| Coffee and Donuts | 1.0 | $403.65 | ☐ |
| Blue Prints (Copies) | 1.0 | $59.83 | ☐ |
| Pickup and Deliver Plywood 2x4's to Complete Floors | 1.0 | $2,447.93 | ☐ |
| Miscellaneous Hardware | 1.0 | $1,035.57 | ☐ |
| Lumber | 1.0 | $1,890.00 | ☐ |
| Clamps/Trim | 1.0 | $259.20 | ☐ |
| Miscellaneous Supplies | 1.0 | $148.50 | ☐ |
| Aluminum Chanel | 1.0 | $573.75 | ☐ |
| Cleaning Equipment/Supplies for Exhibit | 1.0 | $189.00 | ☐ |
| Threaded Rods/Nuts/Carpet Trim and Trim | 1.0 | $151.20 | ☐ |
| 12-Shelf Units | 1.0 | $533.25 | ☐ |
| Saw Blades/Brush Set/White Paint and Foam Brush | 1.0 | $122.85 | ☐ |
| Dry Wall Screws 3/4" and other Various Screws | 1.0 | $86.40 | ☐ |
| Exacto Knife and Blades | 1.0 | $29.70 | ☐ |



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
**www.csiworldwide.net**

| | | | |
|---|---|---|---|
| Glass Coffee Pot | 1.0 | $35.10 | ☐ |
| Trash Can, Dishes, Glue, Napkins | 1.0 | $168.75 | ☐ |
| Cookies and Refreshments, Mints and Creamer | 1.0 | $288.90 | ☐ |
| Refreshment Supplies | 1.0 | $403.34 | ☐ |
| Bottled Water | 1.0 | $245.70 | ☐ |
| Hand Cleaner | 1.0 | $97.20 | ☐ |
| Catering List for Booth – Soda, Water, Coffee, Tea, Snacks, Etc. Includes Ordering, Receiving, Transporting to Showsite | 1.0 | $7,838.98 | ☐ |
| Dinners and Refreshments | 1.0 | $937.91 | ☐ |
| 15-Heavy Duty Dollies (Rental) | 1.0 | $270.00 | ☐ |
| | Total | **$20,233.59** | |

### Summary

| | |
|---|---|
| Installation Fees | $346,487.50 |
| Maintenance Fees | $12,495.00 |
| Dismantle Fees | $125,330.00 |
| Stock Items | $5,414.00 |
| Other Items | $20,233.59 |
| **Invoice Subtotal** | **$509,960.09** |

| | |
|---|---|
| Subtotal: | $509,960.09 |
| Prepayment: | $0.00 |
| Sales Tax Amount: [Sales Tax Rate (%), if applicable: .000]: | $0.00 |
| **Invoice Total:** | **$509,960.09** |

*Make Check Payable to CSI Worldwide*
*Thank You For The Opportunity To Be Of Service!*

# EXHIBIT 4



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
**www.csiworldwide.net**

# Customer Invoice

**Bill To:** TRUMPF Inc.
**Attn:** Maren Fleming
3 Johnson Ave.
Farmington, CT 06032

**Invoice #:** 171582
**Date:** November 21, 2017
**Customer P.O. #:**
**Terms:** Net 30 Days
**Invoice Total:** $5,010.00

**Client:** TRUMPF Inc.
**Work Order #:** WO-008291
**Labor Rates (by Class / per hour):**
  Carpenter    ST: $125.00    OT: $180.00    DT: $210.00

**Show:** FABTECH INTL 2017
**Show Dates:** 11/06/17 - 11/09/17
**Location:** McCormick Place
**Booth #:** TUBE Exhibit-B11013

## Service Fees (Installation, Maintenance and Dismantle)

### Installation Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/05/17 | Carpenter | 0.0 | 0.0 | 17.0 | $3,570.00 |
| Totals | | 0.0 | 0.0 | 17.0 | $3,570.00 |

### Dismantle Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/11/17 | Carpenter | 0.0 | 8.0 | 0.0 | $1,440.00 |
| Totals | | 0.0 | 8.0 | 0.0 | $1,440.00 |

### Summary

| | | |
|---|---|---|
| Installation Fees | | $3,570.00 |
| Dismantle Fees | | $1,440.00 |
| **Invoice Subtotal** | | **$5,010.00** |

| | |
|---|---|
| Subtotal: | $5,010.00 |
| Prepayment: | $0.00 |
| Sales Tax Amount: [Sales Tax Rate (%), if applicable: .000]: | $0.00 |
| **Invoice Total:** | **$5,010.00** |

*Make Check Payable to CSI Worldwide*
*Thank You For The Opportunity To Be Of Service!*

# EXHIBIT 5



COMPLETE TRADE SHOW SERVICES

**CSI Worldwide** | 40 REGENCY PLAZA · GLEN MILLS, PA 19342
610.558.4500 · 800.523.7118 · fax 610.558.9459
www.csiworldwide.net

# Customer Invoice

**Bill To:** TRUMPF Inc.
**Attn:** Maren Fleming
3 Johnson Ave.
Farmington, CT 06032

**Invoice #:** 171581
**Date:** November 21, 2017
**Customer P.O. #:**
**Terms:** Net 30 Days
**Invoice Total:** $14,860.00

**Client:** TRUMPF Inc.
**Work Order #:** WO-008292
**Labor Rates (by Class / per hour):**
Carpenter    ST: $125.00    OT: $180.00    DT: $210.00

**Show:** FABTECH INTL 2017
**Show Dates:** 11/06/17 - 11/09/17
**Location:** McCormick Place
**Booth #:** ADDITIVE Exhibit -B103

## Service Fees (Installation, Maintenance and Dismantle)

### Installation Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/04/17 | Carpenter | 0.0 | 19.5 | 13.0 | $6,240.00 |
| 11/05/17 | Carpenter | 0.0 | 0.0 | 28.5 | $5,985.00 |
| Totals | | 0.0 | 19.5 | 41.5 | $12,225.00 |

### Dismantle Details

| Date | Class | ST Hours | OT Hours | DT Hours | Fees |
|------|-------|----------|----------|----------|------|
| 11/09/17 | Carpenter | 11.0 | 7.0 | 0.0 | $2,635.00 |
| Totals | | 11.0 | 7.0 | 0.0 | $2,635.00 |

### Summary

| | |
|---|---|
| Installation Fees | $12,225.00 |
| Dismantle Fees | $2,635.00 |
| **Invoice Subtotal** | $14,860.00 |

| | |
|---|---|
| Subtotal: | $14,860.00 |
| Prepayment: | $0.00 |
| Sales Tax Amount: [Sales Tax Rate (%), if applicable: .000]: | $0.00 |
| **Invoice Total:** | **$14,860.00** |

*Make Check Payable to CSI Worldwide*
*Thank You For The Opportunity To Be Of Service!*