# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

December 11, 2019

Before:
  FRANK H. EASTERBROOK, Circuit Judge
  ILANA DIAMOND ROVNER, Circuit Judge
  MICHAEL Y. SCUDDER, Circuit Judge

| | |
|---|---|
| No. 19-2189 | CSI WORLDWIDE, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>TRUMPF, INC.,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:18-cv-05900<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle |

The judgment of the District Court is **REVERSED**, with costs, and this case is **REMANDED** in accordance with the decision of this court entered on this date.

  form name: **c7_FinalJudgment**(form ID: **132**)