# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 10, 2020



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## Before

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 19-2189 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| CSI WORLDWIDE, LLC, *Plaintiff-Appellant*, | |
| *v.* | No. 2018 CV 05900 Charles R. Norgle, *Judge*. |
| TRUMPF INC., *Defendant-Appellee*. | |

## Order

Defendant-Appellee filed a petition for rehearing and rehearing en banc on December 26, 2019. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.